THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, *Appellant,* v. JOHN SPAETH, *as County Treasurer, etc., et al., Appellees.*

No. 16,560.

Appeal from Wyandotte district court; EDWARD L. FISCHER, judge. Opinion filed June 11, 1910. Affirmed.

*William R. Smith, C. Angevine,* and *Alfred A. Scott,* for the appellant.

*Richard Higgins,* city counsellor, *William Winship,* city attorney, and *T. A. Pollock,* for the appellees.

*Per Curiam:* This is an action to enjoin a special assessment for the construction of a sewer in the city of Argentine. The action is barred by the limitation imposed by section 130 of chapter 122 of the Laws of 1903 (Gen. Stat. 1909, § 994), and is ruled by the decision of this court in *Kansas City v. McGrew,* 78 Kan. 335. (See, also, *Railroad Co. v. Kansas City,* 73 Kan. 571.)

The judgment of the district court is affirmed.